UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA STRAWBERRY COMMISSION,<br><br>    Plaintiff and Cross-Defendant,<br><br>vs.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>    Defendant and Cross-Complainant. | Case No. C 14-04801 ~~JCS~~<br><br>**[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Pursuant to stipulation and for good cause appearing, it is hereby ORDERED that the Case Management Conference currently set for February 4, 2014 at 2:00 p.m. is continued to February 18, ~~2014~~ 2015 at 2:00 p.m., Courtroom 9, 19th Floor, Philip Burton Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102.

IT IS SO ORDERED.

Dated: ~~January 6, 2015~~
January 12, 2015

                                Honorable Jon S. Tigar

*IT IS SO ORDERED*
*[signature]*
Judge Jon S. Tigar