UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CALIFORNIA STRAWBERRY COMMISSION, | Case No. 14-cv-04801-JST |
|---|---|
| Plaintiff, | **MINUTE ORDER NOTING DISMISSAL** |
| v. | Re: ECF No. 30 |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA, THE, | |
| Defendant. | |

The parties have filed a stipulation of dismissal dated February 11, 2015, stating that they have agreed to a settlement of this action. ECF No. 30. Since the stipulation is signed by all parties who have appeared, it is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

This case has been dismissed with prejudice. The Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: February 11, 2015.

JON S. TIGAR
United States District Judge