UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA STRAWBERRY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA, THE,<br><br>Defendant. | Case No. 14-cv-04801-JST<br><br>**MINUTE ORDER NOTING DISMISSAL**<br><br>Re: ECF Nos. 30, 32, 33 |

The parties filed a stipulation of dismissal dated February 11, 2015, stating that they have agreed to a settlement of this action. ECF No. 30. Since the stipulation was signed by all parties who have appeared, it was effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Nonetheless, pursuant to the stipulation, the Court entered a minute entry noting that the case had been dismissed with prejudice and directing the Clerk to close the file. ECF No. 32.

Defendant Cross-Complainant Regents of the University of California ("Defendant") now asks the Court to clarify that, although the Commission's First Amended Complaint is dismissed with prejudice, Defendant's Cross-Complaint is dismissed without prejudice. ECF No. 33. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this Notice is also effective without court order. The Clerk shall close the file.

IT IS SO ORDERED.

Dated: February 17, 2015

_____
JON S. TIGAR
United States District Judge